FILED
14-0797
5/7/2015 10:40:07 AM
tex-5188684
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## No. 14-0797

---

### IN THE
### SUPREME COURT OF TEXAS

---

### IN RE STEVEN C. PHILLIPS,
### *RELATOR*.

---

### ON PETITION FOR WRIT OF MANDAMUS TO
### THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

---

### RESPONDENT'S UNOPPOSED MOTION FOR 14-DAY EXTENSION TO FILE BRIEF ON THE MERITS

---

TO THE HONORABLE SUPREME COURT OF TEXAS:

COMES NOW, Respondent Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and files this Unopposed Motion for 15-Day Extension within which to file the Comptroller's Brief on the Merits.

### A. FACTS SUPPORTING EXTENSION

1. Petitioner is Steven C. Phillips ("Phillips"). Respondent is Glenn Hegar, Comptroller of Public Accounts of the State of Texas ("Comptroller").

2. The present deadline for the Comptroller's Brief is May 11, 2015.

1

3. The Comptroller respectfully requests a 15-day extension of time.

4. Relator Phillips is unopposed to the extension of time sought in this motion.

5. If extended by 15 days, the applicable deadline would be May 26, 2015 (the Tuesday following Memorial Day, which is May 25, 2015).

## B. ARGUMENT & AUTHORITIES

6. The Court has the authority to grant extensions under Texas Rules of Appellate Procedure 10.5(b) and 55.7.

7. Comptroller has not sought any extension for this filing previously and seeks an extension due to lead counsel's unanticipated absences from the office since the filing of Relator's brief and the departure of prior co-counsel, necessitating a substitution of co-counsel.

8. This extension is not being sought for purposes of delay but rather so that justice is done and so that this Court may be fully apprised of the issues before it in this case.

## C. PRAYER

For these reasons, the Comptroller requests an additional 15 days within which to file his Brief.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
Division Chief
Financial Litigation, Tax, and Charitable Trusts Division


   */s/ Lesli G. Ginn*
LESLI GATTIS GINN
State Bar No. 24050664
Deputy Division Chief
JENNIFER S. JACKSON
State Bar No. 24060004
Assistant Attorney General
Financial Litigation, Tax, and Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-0538
Telecopier: (512) 477-2348
Lesli.Ginn@texasattorneygeneral.gov
Jennifer.Jackson@texasattorneygeneral.gov
*Counsel for Respondent Glenn Hegar, Comptroller of Public Accounts of the State of Texas*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Matthew Wymer, counsel for Relator Phillips, and that he is not opposed to the foregoing motion.

*/s/ Lesli G. Ginn*

LESLI GATTIS GINN

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th of May, 2014, a true and correct copy of the foregoing **Respondent's Unopposed Motion for 15-Day Extension to File Brief on the Merits** was served on the following attorneys of record, via eFileTexas.gov service and/or as otherwise indicated below:

Matthew Wymer                              mwymer@bmpllp.com
Marisa Resendez                            mresendez@bmpllp.com
Beirne, Maynard & Parsons LLP
112 E. Pecan, Suite 2750
San Antonio, Texas 78205
*Counsel for Relator*

*/s/ Lesli G. Ginn*
LESLI GATTIS GINN